### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAUL RODRIGUEZ RIVERA
ELIZABETH DIAZ ALICEA

DEBTORS

CASE NO. 13-10865-ESL

CHAPTER 13

### DEBTORS' MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COME, RAUL RODRIGUEZ RIVERA and ELIZABETH DIAZ ALICEA,** debtors,

through the undersigned attorney, and very respectfully state and pray as follows:

1.   The debtors' confirmed Plan dated March 7, 2014, provides that debtors' tax refunds

will be paid into the Plan. See docket #21.

2. The debtors received the 2013 tax refund in the sum of $249.00. The debtors met with

the undersigned attorney regarding this matter and respectfully submit that they have lost the

check stub/receipt, thus, they attached their tax return as evidence of the amount received from

the Puerto Rico Treasury Department.

3. The debtors respectfully submit to the Court that they used these funds to pay for:

dependent's tuition expenses. Attached is copy of the invoice for the tuition in the amount of

$205.00, the balance of $44.00 was used for extraordinary university expenses. It is to be noted

that these extraordinary tuition expenses are not considered in debtors' Plan budget which only

covers the dependents' materials and daily expenses.

4. The debtors needed to use the funds from the 2013 tax refund to pay for these

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-10865-ESL13

reasonable expenses. Furthermore, the debtors are living within a very "tight" budget which barely covers her living expenses and a Plan payment of $485.00.

5. Based on the above-stated, the debtors respectfully request this Court to Order the authorization of the use of these funds for these expenses.

**WHEREFORE**, debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtors to pay for the above-stated expenses.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the debtors, Raul Rodriguez Rivera and Elizabeth Diaz Alicea, to the address of record: HC 01 Box 5569 Gurabo, PR 00778.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of March, 2015.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

ulario 482  Rev. 31 oct 13

**2013** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2013**
DEPARTAMENTO DE HACIENDA

## PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
### AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

_____ de _____ de _____ Y TERMINADO EL ____ de _____ de _____

- PLANILLA ENMENDADA
- FALLECIDO DURANTE EL AÑO
  - CONTRIBUYENTE ◯ CONYUGE ◯
- CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

**Nombre del Contribuyente**  RAÚL
**Inicial**
**Apellido Paterno**  RODRIGUEZ - RIVERA
**Apellido Materno**

**Número de Seguro Social Contribuyente**  308

**Fecha de Nacimiento**  23-01-1958  **Sexo** M ☒ / F ◯

**Dirección Postal**  HC-01 BOX 5569

ZURABO, P.R.  **Código Postal** 00778-9526

**Número de Seguro Social Cónyuge**  ?579

**Fecha de Nacimiento del Cónyuge**  16-12-1962  **Sexo** M ◯ / F ☒

*Coloque la etiqueta engomada (Label) aquí*.

**Nombre e Inicial del Cónyuge**  ELIZABETH
**Apellido Paterno**  DIAZ - ALICEA
**Apellido Materno**

**Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)**  BAL 944, SECTOR MARIA JIMENEZ

ZURABO, P.R.  **Código Postal** 00778

**Correo Electrónico (E-Mail)**

**Teléfono Residencia** (  )
**Teléfono del Trabajo** (  )

**CAMBIO DE DIRECCION:** SI ◯ No ☒  **PLANILLA 2014:** ESPAÑOL ☒ INGLES ◯

*(stamp)* DEPARTAMENTO DE... / Sala de Recibo de Pue... / 1147-Colecturia Gurabo / RECIBIDO / 24 MAR 2014 / SIN PAGO / SECRETARIA DE HACIENDA

**SI / NO**
A. ◯ ◯ ¿Ciudadano de Estados Unidos?
B. ◯ ◯ ¿Residente de Puerto Rico al finalizar el año?
C. ◯ ◯ ¿Otros ingresos excluidos o exentos de contribución?
  **(Someta Anejo IE Individuo)**
D. ◯ ◯ ¿Individuo residente inversionista?
  **(Someta Anejo F1 Individuo)**

**E. FUENTE DE MAYOR INGRESO:**
1. ◉ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ◯ Empleado del Gobierno Federal
3. ◯ Empleado de Empresa Privada
4. ◯ Retirado/Pensionado
5. ◯ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ◯ Otro _____

Su ocupación  MAESTRO ESCUELA  6110
Ocupación cónyuge  AMA DE CASA  8110

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ◉ Casado
  **(Ennegrezca aquí ◯ si se acoge al cómputo opcional y pase al Anejo CO Individuo)**

2. ◯ Contribuyente individual
  **(Ennegrezca e indique nombre y seguro social del cónyuge si es:**
  ◯ Casado con capitulaciones de total separación de bienes
  ◯ Casado que no vivía con su cónyuge)

3. ◯ Casado que rinde separado
  **(Indique nombre y seguro social del cónyuge arriba)**

**CONTRATO GOBIERNO:** ◯ Contribuyente ◯ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO**

| | | | | |
|---|---|---|---|---|
| 1. **CONTRIBUCION PAGADA EN EXCESO** (Encasillado 3, línea 28). Indique distribución en las líneas A, B, C y D | **01** | (01) | 249 | 00 |
| A) Acreditar a la contribución estimada 2014 | | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 249 | 00 |
| 2. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Encasillado 3, línea 28) | | (06) | 0 | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (07) | | 00 |
| (b) Intereses | | (08) | | |
| (c) Recargos _____ y Penalidades _____ | | (09) | | |
| 4. **BALANCE PENDIENTE DE PAGO** (Línea 2 menos línea 3(a)) | | (10) | 0 | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Tipo de cuenta:** ◯ Cheques ◉ Ahorros
**Número de ruta/tránsito:** 0 2 1 5 6 2 0 1 1
**Número de su cuenta:** 4 4 3 0 9 8 0 1

**Cuenta a nombre de:** _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

**Firma del Contribuyente**  *(signature)* Raúl Rodriguez Rivera  **Fecha** 19-03-2014
**Firma del Cónyuge**  *(signature)* Elizabeth Diaz alicea  **Fecha** 19-03-2014

**04** Nombre del Especialista (Letra de Molde)  |  Nombre de la Firma o Negocio

**Firma del Especialista**  |  **Fecha**  |  **Especialista por cuenta propia (ennegrezca aquí)** ◯  |  **Número de Registro**

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ◉ Si ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Formulario 482 - Página 2

> Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individual.

**1. Sueldos, Comisiones, Concesiones y Propinas**

| | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|
| SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 1,054 00 | 35,770 |
| | 210 00 | 3,000 |
| Total de comprobantes con esta planilla ........... (02) 2 (01) | 1,264 00 | (03) 38,770 |

Contribución Retenida | Salarios Federales

**C- Salarios del Gobierno Federal** (Véanse instrucciones)  ........ (02)   00

**2. Otros Ingresos (o Pérdidas):**

| | | |
|---|---|---|
| A) Distribuciones totales de planes de retiro cualificados (Anejo D Individual, Parte IV, línea 27) .......... | (05) | 00 |
| B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individual, Parte V, línea 36 o 37, según aplique) .......... | (06) | 00 |
| C) Intereses (Anejo F Individual, Parte I, línea 5) .......... | (07) | 00 |
| D) Dividendos de corporaciones (Anejo F Individual, Parte II, línea 4) .......... | (08) | 00 |
| E) Distribuciones de Planes Gubernamentales (Anejo F Individual, Parte III, línea 3) .......... | (09) | 00 |
| F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individual, Parte IV, línea 2) .......... | (10) | 00 |
| G) Ingresos misceláneos (Anejo F Individual, Parte VII, línea 6) .......... | (11) | 00 |
| H) Ingresos de anualidades y pensiones (Anejo H Individual, Parte II, línea 12) .......... | (12) | 00 |
| I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individual, Parte II, línea 10) .......... | (13) | 00 |
| J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individual, Parte II, línea 12) .......... | (14) | 00 |
| K) Ganancia (o pérdida) atribuible a profesiones o comisiones (Anejo M Individual, Parte II, línea 6) .......... | (15) | 00 |
| L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individual, Parte II, línea 7) .......... | (16) | 00 |
| M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .......... | (17) | 00 |
| N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) .......... | (18) | 00 |
| O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) .......... | (19) | 00 |
| P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) .......... | (20) | 00 |

| | | |
|---|---|---|
| 3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) .......... | (22) | 38,770 |
| 4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) | | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) .......... | (26) | 38,770 |
| 6. Total de Deducciones (Anejo A Individual, Parte I, línea 11) .......... (03) | (01) | 5,764 |
| 7. DEDUCCION ESPECIAL PARA CIERTOS INDIVIDUOS (Hasta un máximo de $5,350. Véanse instrucciones) .......... | (02) | 1 |
| 8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) .......... | (03) | 7,000 |
| 9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) (04)  1  x $2,500 = (05) | | |
| Custodia compartida o casado que rinde separado → B) (05)  x $1,250 = (06) 2,500 | | |
| Total Exención por Dependientes (Sume líneas 9A y 9B) .......... | (08) | 2,500 |
| 10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) .......... | (09) | 0 |
| 11. Total Deducciones y Exenciones (Sume líneas 6 a la 10) .......... | (10) | 15,265 |
| 12. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 11. Si la línea 11 es mayor que la línea 5, anote cero) .......... | (11) | 23,505 |
| 13. CONTRIBUCION: (21)  1 Según Tabla  2 Tasas preferenciales (Anejo A2 Ind.)  3 Extranjero no residente  4 Casado B4 Ind. | (12) | 1,015 |
| 14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en Anejo A2 Ind., línea 10 es mayor de $300,000) (Anejo P Ind., línea7) | | |
| 15. CONTRIBUCION REGULAR ANTES DEL CREDITO (Sume líneas 13 y 14) .......... | | |
| 16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios o posesiones (Someta Anejo C Individual) (Véase inst.) | | |
| 17. CONTRIBUCION REGULAR NETA (Línea 15 menos línea 16) .......... | (25) | |
| 18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individual, Parte II, línea 9) (Véase instrucciones) | (26) | |
| 19. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individual, línea 22, según aplique) .......... | (28) | 1,015 |
| 20. Recobro de crédito reclamado en exceso (Anejo B Individual, Parte I, línea 3) .......... | (29) | |
| 21. Créditos contributivos (Anejo B Individual, Parte II, línea 22) .......... | (30) | |
| 22. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) .......... | (31) | 1,015 |

**23. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:**

| | | |
|---|---|---|
| A) Mediante retención sobre salarios (Suma líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individual) .......... (32) | 1,264 | |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individual, Parte II, línea 13) .......... (33) | | |
| C) Otros pagos y retenciones (Anejo B Individual, Parte III, línea 19) .......... (34) | | |
| D) Crédito por Trabajo (Véanse instrucciones) .......... (35) | | |
| E) Crédito para personas de 65 años o más (Véanse instrucciones) .......... (37) | | |
| F) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) .......... (38) | | |
| G) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005 (Véanse instrucciones) (Contribuyente: $_____ (38); Cónyuge: $_____ (39)) .......... (40) | | |
| H) Crédito de la Oportunidad Americana (Anejo B2 Individual) (No aplica a casados que rinden separado).(41) | | |
| I) Crédito contributivo por oportunidad de empleo a Héroes y/o Heridos de las Fuerzas Armadas (Someta Anejo B4 Individual) (42) | | |
| J) Cantidad pagada con prórroga automática .......... (43) | | |
| K) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23J) .......... | (44) | 1,264 |
| 24. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 23K es menor que la línea 22, anote la diferencia aquí. De lo contrario en la línea 27) .......... | (45) | |
| 25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individual, Parte II, línea 21) .......... | (46) | |
| 26. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) .......... | (47) | |
| 27. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables .......... | (48) | 249 |
| 28. BALANCE: • Si línea 27 es mayor que la suma de líneas 24, 25 y 26, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1. | | 249 |
|  • Si línea 27 es menor que la suma de líneas 24, 25 y 26, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1. | | |
|  • Si diferencia entre línea 27 y la suma de líneas 24, 25 y 26 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. | (50) | |

**LA CANTIDAD REFLEJADA EN LA LINEA 28 DEBERA TRASLADARSE A LA LINEA CORRESPONDIENTE DE LA PAGINA 1.**

Período de Conservación: Diez (10) años

**Anejo A1 Individuo**
Rev. 31 oct 13

# DEPENDIENTES

## 2013

*1 ENERO 2013   31 DICIEMBRE 2013*

Año contributivo comenzado el ____ de ____ de ____ y terminado el ____ de ____ de ____

Nombre del contribuyente *RAÚL RODRÍGUEZ - RIVERA*

Número de Seguro Social
*- 553 P*

| Parte I | Información sobre Dependientes (Véanse instrucciones) | 55 |

### INFORMACION IMPORTANTE

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $1,250 para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría * (N)(U)(I) | Número de Seguro Social |
|------|----------------|------------------|------------------|---------------------|-------------------------------------|------------|----------------------|--------------------------|
| (01) | _____ J. | RODRÍGUEZ-DÍAZ | | ⬭ | 19-01-1995 | HIJA | N | 6-8513 |
| (02) | | | | ⬭ | | | | |
| (03) | | | | ⬭ | | | | |
| (04) | | | | ⬭ | | | | |
| (05) | | | | ⬭ | | | | |
| (06) | | | | ⬭ | | | | |
| (07) | | | | ⬭ | | | | |
| (08) | | | | ⬭ | | | | |
| (09) | | | | ⬭ | | | | |
| (10) | | | | ⬭ | | | | |

* Véanse instrucciones.

Período de Conservación: Diez (10) años

# Anejo A2 Individuo
Rev. 31 oct 13

# CONTRIBUCION SOBRE INGRESOS SUJETOS A TASAS PREFERENCIALES

**2013**

Número de Seguro Social

Nombre del contribuyente

Año contributivo comenzado el _____ de _____ de _____, y terminado el _____ de _____ de _____

Enmarque uno: (00)  ○ 1 Contribuyente   ○ 2 Cónyuge   ○ 3 Ambos

| | Columna A Tributa a Tasas Regulares | Columna B Tributa al 20% | Columna C Tributa al 17% | Columna D Tributa al 10% | Columna E Tributa a % |
|---|---|---|---|---|---|
| **②** | % (01) | % (11) | % (17) | % (23) | % (29) |

**1. Ingreso Bruto Ajustado** ... (02)

**2.** Más: Pensión pagada por divorcio o separación (Encasillado 1, línea 4 de la planilla o línea 5, Col. B o C del Anejo CO Ind.) ... (03)

**3.** Ingreso Bruto Ajustado antes de la deducción por pensión pagada por divorcio o separación (Sume líneas 1 y 2) ... (04)

**4. Ingresos sujetos a tasas preferenciales:**

a) Ganancia neta de capital a largo plazo (Véanse instrucciones) ... (05)

b) Interés sobre depósitos en cuentas de ciertas instituciones financieras (Anejo F Individuo, Parte I, línea 4, Columna B) (17%) ... (06)

c) Intereses sobre depósitos en cuentas de ciertas instituciones financieras (Anejo F Individuo, Parte I, línea 4, Columna C) (10%) ... (07)

d) Intereses de distribuciones de IRA a Pensionados del Gobierno (Anejo F Individuo, Parte I, línea 4, Columna E) (10%) ... (08)

e) Intereses elegibles no exentos pagados o acreditados sobre bonos, pagarés, otras obligaciones o préstamos hipotecarios (Anejo F Individuo, Parte I, línea 4, Columna A) ... (09)

f) Distribución elegible de dividendos (Anejo F Individuo, Parte II, línea 3, Columna A) ... (10)

g) Remuneración pagada por equipos de deportes de asociaciones o federaciones internacionales (Anejo F Individuo) ... (11)

h) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo) ... (12)

j) Otros ... (13)

j) **Total** (Sume líneas 4a a 4i de las Columnas B a la E) ... (14)

**5. Total de ingresos sujetos a tasas preferenciales** (Sume línea 4j de las Columnas B a la E) (Si esta línea es menor de $20,000, anote el 100% en la línea 7A y cero en las líneas 7B a la 7E, y anote el total de la línea 8a en la línea 8b) ... (14)

**6. Ingreso sujeto a contribución regular** (Línea 3 menos línea 5) ... (15)

**7. Proporción de ingresos de acuerdo a cada tasa de tributación** (Columna A - Línea 6 entre línea 3; Columnas B a la E - Línea 4j entre línea 3) (Redondee al entero más cercano) ... ㉓

| | % (01) | % (11) | % (17) | % (23) | % (29) |
|---|---|---|---|---|---|

**8. Deducciones y Exenciones:**

a) Deducciones aplicables a contribuyentes que sean individuos (Véanse instrucciones) $ ... (01)

b) Deducción admisible (Multiplique línea 8a por línea 7 para cada Columna) ... (02) (12) (18) (24) (30)

c) Deducción especial para ciertos individuos (Línea 7 del Encasillado 2 de la planilla) ... (03) (13) (19) (25) (31)

d) Exención personal (Línea 8 del Encasillado 2 de la planilla) ... (04) (14) (20) (26) (32)

e) Exención por dependientes (Línea 9 del Encasillado 2 de la planilla) ... (05) (15) (21) (27) (33)

f) Exención personal adicional para veteranos (Línea 10 del Encasillado 2 de la planilla) ... (06) (16) (22) (28) (34)

g) Total de deducciones y exenciones (Sume líneas 8b a la 8f de todas las Columnas) ... (07) (29) (35)

**9.** Deducción por pensión pagada por divorcio o separación (Enc. 1, línea 4 de la planilla o línea 5, Col. B o C del Anejo CO Ind. Ver inst.) ... (08)

**10.** Ingreso neto sujeto a contribución (Columna A - Línea 6 menos líneas 8g y 9; Columnas B a la E - Línea 4j menos líneas 8g y 9) ... (09)

**11.** Contribución de acuerdo a la tasa correspondiente (Véanse instrucciones) ... (10)

**12. Total de contribución regular y contribución a tasas preferenciales** (Sume línea 11 de las Columnas A a la E) ... (36)

**13.** Ingreso neto sujeto a contribución regular (Línea 12, Encasillado 2 de la planilla o línea 14, Columna B o C del Anejo CO Individuo) ... (37)

**14.** Contribución sobre la línea 13 de acuerdo a las tasas regulares (Véanse instrucciones) ...

**15.** Contribución determinada (Anote la menor entre la línea 12 y línea 14. Traslade a la página 2, Encasillado 3, línea 13 de la planilla o a la línea 15, Columna B o C del Anejo CO Individuo y ennegrezca ⊂⊃) ... (40)

"Tasas preferenciales" si seleccionó la tasa en la línea 4i de la Columna E o seleccionó la tasa en la línea 12, o ⊂⊃ "Según Tabla" si seleccionó la cantidad en la línea 14.)

Período de Conservación: Diez (10) años

**Anejo A Individuo**

Rev. 31 oct 13

**DEDUCCIONES APLICABLES A CONTRIBUYENTES QUE SEAN INDIVIDUOS**

Año contributivo comenzado el _1 ENERO 2013_ de ____ de ____ y terminado el _31 DICIEMBRE 2013_ de ____ de ____

**2013**

Nombre del contribuyente _RAÚL RODRIGUEZ - RIVERA_

Número de Seguro Social · _5538_

| **Parte I** | **Deducciones Aplicables a Contribuyentes que sean Individuos** (Véanse instrucciones) |
| --- | --- |

1. Intereses hipotecarios

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident Patronal | Importe | **10** |
| --- | --- | --- | --- | --- | --- |
| Primera residencia: _BANCO POPULAR de P.R._ | Primera | _077007007-1670711_ | (01) _66-056-1870_ | _1,300_ 00 | (05) |
| | Segunda | | (02) | 00 | (06) |
| Segunda residencia: | Primera | | (03) | 00 | (07) |
| | Segunda | | (04) | 00 | (08) |

Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ........ 00 (09)
Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ........ 00 (10)
a) Total intereses hipotecarios pagados ........ _1,300_ 00 (11)
b) Límite (Multiplique la suma del Encasillado 1, línea 5 de la planilla y la línea 1, Parte III del Anejo IE Individuo por 30% y anótelo aquí) _11,631_ 00 (12)
c) **Deducción admisible por intereses hipotecarios** (Anote la menor entre las líneas 1a), 1b) o $35,000. Si los intereses no exceden el 30% del ingreso para cualquiera de los 3 años anteriores, ennegrezca aquí ⬛ 1) (13) (Véanse instrucciones) ........ (14) _1,300_ 00

2. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) ........ (15) 00
3. Gastos médicos (Parte III, línea 3) ........ (16) 00
4. Donativos (Parte III, línea 8) ........ (17) _1,558_ 00
5. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) ........ (18) 00
6. Aportaciones a sistemas gubernamentales de pensiones o retiro ........ (19) _2,906_ 00
7. Aportaciones a cuentas de retiro individual (No exceder de $5,000 o $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación | |
| --- | --- | --- | --- | --- |
| _____ (20) | _____ (23) | _____ (26) ⭕ 1Contrib. ⭕ 2 Cóny. |
| _____ (21) | _____ (24) | _____ (27) ⭕ 1Contrib. ⭕ 2 Cóny. |
| _____ (22) | _____ (25) | _____ (28) ⭕ 1Contrib. ⭕ 2 Cóny. |

Total aportaciones a cuentas de retiro individual ........ (29) 00
8. Aportaciones a cuentas de ahorro de salud con plan médico de deducible anual alto (Véanse instrucciones):

| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
| --- | --- | --- | --- |
| Deducible anual (30) _____ | Tipo de cubierta: (32) ⭕ 1 Individual ⭕ 2 Individual y 55 años o más (34) ⭕ 3 Familiar ⭕ 4 Familiar y 55 años o más (36) | | Fecha efectividad (37) _____ |
| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
| Deducible anual (31) _____ | Tipo de cubierta: (33) ⭕ 1 Individual ⭕ 2 Individual y 55 años o más (35) ⭕ 3 Familiar ⭕ 4 Familiar y 55 años o más (38) | | Fecha efectividad (39) _____ |

Total aportaciones (Sume la cantidad menor entre la aportación y el deducible anual de cada cuenta) ........ (40) 00
9. Cuenta de Aportación Educativa (Parte II, línea (10)) (Véanse instrucciones) ........ (41) 00
10. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
| --- | --- | --- | --- |
| _____ (42) | _____ (43) | _____ (44) | _____ (45) |

Total intereses sobre préstamos estudiantiles pagados ........ (46) 00
11. **Total deducciones aplicables a contribuyentes que sean individuos** (Sume líneas 1 a la 10 y traslade al Encasillado 2, línea 6 de la planilla) ........ (50) _5,764_ 00

| **Parte II** | **Beneficiarios de Cuentas de Aportación Educativa** (Véanse instrucciones) | **57** |
| --- | --- | --- |

| (01) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (02) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (03) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (10) | **Total aportaciones** (Sume líneas (01) a la (03) y traslade a la Parte I, línea 9 de este Anejo) ........ | | | | | | 00 |

Período de Conservación: Diez (10) años

Anejo A Individuo - Página 2

Nombre del contribuyente  *RAUL RODRIGUEZ RIVERA*  Número de Seguro Social  *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*

| **Parte III** | **Gastos Médicos y Donativos** | | | | | |
|---|---|---|---|---|---|---|

46

| Nombre de la persona o institución a quien se hizo el pago | Número de Identificación Patronal | (A) Gastos Médicos | (B) Otros Donativos | (C) Servidumbres de Conservación e Instituciones Museológicas | (D) Donativos a Municipios |
|---|---|---|---|---|---|
| *ASOCIACIÓN MAESTROS D. R.* | *66-019-4027* | *3,884* | | | |
| | | | | | |
| | | | | | |

1. Total Columnas A, B, C y D ............................................. (01)  *3,884*  (04)  (07)  (10)

2. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 6% y anótelo aquí (Véanse instrucciones) ............................... (02)  *2,326*

3. Deducción admisible por gastos médicos (Línea 1 menos línea 2. Anote aquí y en la Parte I, línea 3 de este Anejo o en la línea 7C del Anejo CO Individuo) ............................... (03)  *1,558*

4. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 50% y anótelo aquí (Véanse instrucciones) ..................... (05)

5. Deducción por otros donativos (Anote la menor de las líneas 1B y 4) ............................... (06)

6. Multiplique el ingreso bruto ajustado (Encasillado 1, línea 5 de la planilla o línea 6, Columnas B y C del Anejo CO Individuo) por 30% y anótelo aquí (Véanse instrucciones) ............................... (08)

7. Deducción por donativos a Servidumbres de Conservación e Instituciones Museológicas (Anote la menor de las líneas 1C y 6) .. (09)

8. Total deducción admisible por donativos (Sume líneas 1D, 5 y 7. Anote aquí y en la Parte I, línea 4 de este Anejo o en la línea 7D del Anejo CO Individuo) ............................... (11)

Período de Conservación: Diez (10) años

83 280573

UNIVERSIDAD DE PUERTO RICO
UPR-CAROLINA
OFICINA DE RECAUDACIONES

SID: ***-**-5364 / UPRID: 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 ** RECIBO **
NOMBRE: SHARON E. RODRIGUEZ DIAZ                    # 87293

| CODIGO REC SEC REF | SEM | DESCRIPCION | CANTIDAD |
|---|---|---|---|
| 91013 001 001 VP | B4A | PAGO MATRICULA EN EFECTIVO | 205.00 |

TOTAL CANTIDAD RECIBIDA          205.00

```
*  [    ] T. DEBITO (ATH)          FIRMA:
P  [ XX ] EFECTIVO
A  [    ] T. CREDITO
G  [    ] CHEQUE O GIRO            RECAUDO/VLADIMIR A PENA RI
O  [    ] PAGO EN BANCO            [ 5325 ] RECAUDADOR  / 09-02-14
S  [    ] OTROS: _____
*
```

PAGADO
OFICINA RECAUDACIONES
SEP 2 - 2014
UNIVERSIDAD DE PUERTO RICO
CAROLINA